1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   HANLEY CHEW (CABN 189985)
5  Assistant United States Attorneys
        150 Almaden Boulevard, Suite 900
6       San Jose, CA 95113
        Telephone: (408) 535-5061
7       Fax:  (408) 535-5066
        E-Mail: hanley.chew@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                  SAN JOSE  DIVISION

13

14  UNITED STATES OF AMERICA,          )  No. CR 11-00554 EJD
                                       )
15         Plaintiff,                   )  STIPULATION AND [PROPOSED]
                                       )  ORDER CONTINUING THE STATUS
16    v.                                )  CONFERENCE FROM APRIL 23, 2012
                                       )  AND EXCLUDING TIME FROM APRIL
17  ROBERT DEKETT,                      )  23, 2012 TO AUGUST 6, 2012
                                       )
18         Defendant.                   )
                                       )
19  ─────────────────────────────

20         The parties hereby request that the Court enter this order continuing the status conference

21  from April 23, 2012 to August 6, 2012, and excluding time from April 23, 2012 to August 6,

22  2012.  The parties, including the defendant, stipulate as follows:

23  1.     The defendant understands and agrees to the exclusion of time from calculations under

24  the Speedy Trial Act, 18 U.S.C. § 3161, for the period from April 23, 2012 to August 6, 2012

25  based upon the need for the defense counsel to investigate further the facts of the present case

26  and determine what, if any, additional motions are appropriate.   In addition, this case has been

27  reassigned to new government counsel who need additional time to become familiar with the

28  facts of the case to engage in meaningful negotiation with defense counsel.  Therefore, for

STIP & [PROP] ORDER
No. CR 11-00554 EJD

effective preparation of defense counsel, the parties agree that the status conference currently

scheduled for April 23, 2012 should be continued to August 6, 2012 at 1:30 a.m.

2.      The attorney for defendant joins in the request to exclude time under the Speedy Trial

Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for

effective preparation of the defense; believes the exclusion is in the defendant's best interests;

and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for

the period from April 23, 2012 to August 6, 2012.

        Given these circumstances, the parties believe, and request that the Court find, that the

ends of justice are served by excluding from calculations the period from April 23, 2012 to

August 6, 2012 outweigh the best interests of the public and the defendant in a speedy trial under

the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

IT IS SO STIPULATED.


DATED: 4/16/12                          _____/s/_____
                                        JACK GORDON
                                        Attorney for Defendant


DATED: 4/16/12                          _____/s/_____
                                        SUSAN KNIGHT
                                        HANLEY CHEW
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                            **[PROPOSED] ORDER**

        Having considered the stipulation of the parties, the Court finds that: (1) the defendant

understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18

U.S.C. § 3161, from April 23, 2012 to August 6, 2012, based on the need for the defense counsel

to investigate further the facts of the present case, review the discovery that the government has

already provided and will provide and evaluate further possible defenses and motions available

to the defendant; (2) the exclusion of time is necessary for effective preparation of the defense

and is in the defendant's best interests; and (3) the ends of justice are served by excluding from

Speedy Trial calculations the period from April 23, 2012 to August 6, 2012.

Accordingly, the Court further orders that (1) the status conference currently scheduled for April 23, 2012 is vacated and that the next appearance date before this Court is scheduled for August 6, 2012 at 1:30 p.m.; and (2) the time from April 23, 2012 to August 6, 2012 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED:   April 17, 2012

THE HONORABLE EDWARD J. DAVILA
United States District Court Judge

STIP & [PROP] ORDER
No. CR 11-00554 EJD