1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   HANLEY CHEW (CABN 189985)
5  Assistant United States Attorneys
       150 Almaden Boulevard, Suite 900
6      San Jose, CA 95113
       Telephone: (408) 535-5061
7      Fax: (408) 535-5066
       E-Mail: hanley.chew@usdoj.gov
8
   Attorneys for Plaintiff
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              SAN JOSE DIVISION

13

14 | UNITED STATES OF AMERICA,           )  No. CR 11-00554 EJD
                                         )
15 |       Plaintiff,                    )  STIPULATION AND [PROPOSED]
                                         )  ORDER CONTINUING THE STATUS
16 |    v.                               )  CONFERENCE FROM AUGUST 6, 2012
                                         )  TO SEPTEMBER 17, 2012 AND
17 | ROBERT DEKETT,                      )  EXCLUDING TIME FROM AUGUST 6,
                                         )  2012 TO SEPTEMBER 17, 2012
18 |       Defendant.                    )
                                         )
19
         The parties hereby request that the Court enter this order continuing the status conference
20
   from August 6, 2012 to September 17, 2012, and excluding time from August 6, 2012 to
21
   September 17, 2012. The parties, including the defendant, stipulate as follows:
22
   1.    The defendant understands and agrees to the exclusion of time from calculations under
23
   the Speedy Trial Act, 18 U.S.C. § 3161, for the period from August 6, 2012 to September 17,
24
   2012 based upon the need for the defense counsel to investigate further the facts of the present
25
   case. Government counsel has presented defense counsel and defendant with a proposed plea
26
   agreement. Defense counsel and defendant need additional time to complete their investigation
27
   and review and consider the proposed plea agreement. Therefore, for effective preparation of
28

STIP & [PROP] ORDER
No. CR 11-00554 EJD

1  defense counsel, the parties agree that the status conference currently scheduled for August 6,
2  2012 should be continued to September 17, 2012 at 1:30 a.m.
3  2.    The attorney for defendant joins in the request to exclude time under the Speedy Trial
4  Act, 18 U.S.C. § 3161, for the above reasons, and believes the exclusion of time is necessary for
5  effective preparation of the defense; believes the exclusion is in the defendant's best interests;
6  and further agrees that the exclusion under the Speedy Trial Act, 18 U.S.C. § 3161, should be for
7  the period from August 6, 2012 to September 17, 2012.
8       Given these circumstances, the parties believe, and request that the Court find, that the
9  ends of justice are served by excluding from calculations the period from August 6, 2012 to
10 September 17, 2012 outweigh the best interests of the public and the defendant in a speedy trial
11 under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).
12 IT IS SO STIPULATED.

13 DATED: 7/29/12                           /s/
14                                          JACK GORDON
                                            Attorney for Defendant
15
16 DATED: 7/29/12                           /s/
                                            SUSAN KNIGHT
17                                          HANLEY CHEW
                                            Assistant United States Attorney
18                                          Attorney for Plaintiff
19
                            [PROPOSED] ORDER
20
       Having considered the stipulation of the parties, the Court finds that: (1) the defendant
21
   understands and agrees to the exclusion of time from calculations under the Speedy Trial Act, 18
22
   U.S.C. § 3161, from August 6, 2012 to September 17, 2012, based on the need for the defense
23
   counsel to investigate further the facts of the present case, review the discovery that the
24
   government has already provided and will provide and evaluate further possible defenses and
25
   motions available to the defendant; (2) the exclusion of time is necessary for effective
26
   preparation of the defense and is in the defendant's best interests; and (3) the ends of justice are
27
   served by excluding from Speedy Trial calculations the period from August 6, 2012 to
28

STIP & [PROPOSED] ORDER
No. CR 11-00554 EJD

September 17, 2012.

Accordingly, the Court further orders that (1) the status conference currently scheduled for August 6, 2012 is vacated and that the next appearance date before this Court is scheduled for September 17, 2012 at 1:30 p.m.; and (2) the time from August 6, 2012 to September 17, 2012 is excluded from time calculations under the Speedy Trial Act, 18 U.S.C. § 3161.

IT IS SO ORDERED.

DATED: July 30, 2012

THE HONORABLE EDWARD J. DAVILA
United States District Court Judge