1 | MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

SUSAN KNIGHT (CABN 209013)
HANLEY CHEW (CABN 189985)
Assistant United States Attorneys
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: hanley.chew@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00554 EJD |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING THE |
| v. ) | SENTENCING FROM MARCH 4, 2013 |
| ) | TO MAY 20, 2013 |
| ROBERT DEKETT, ) | |
| ) | |
| Defendant. ) | |

The parties, including the defendant, stipulate as follows:

1. Defendant Robert Dekett ("defendant") pled guilty to Count Four of the Indictment in the above-captioned case on October 15, 2012. Defendant's sentencing is currently scheduled for March 4, 2013.

2. The United States Probation Office has been awaiting the results of the evidentiary hearing concerning the loss in this case, which has delayed the issuance of the Presentence Report (PSR). The defendant and defense counsel will need additional time to review the PSR when it is issued. In addition, defendant and defense counsel also need additional time to investigate other matters to prepare for sentencing.

STIP & [PROP] ORDER
No. CR 11-00554 EJD

IT IS SO STIPULATED.

DATED: February 26, 2013                /s/
                                        JACK GORDON
                                        Attorney for Defendant

DATED: February 26, 2013                /s/
                                        SUSAN KNIGHT
                                        HANLEY CHEW
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

## [PROPOSED] ORDER

Having considered the stipulation of the parties and finding good cause, the Court hereby orders that defendant Robert Dekett's sentencing be continued from March 4, 2012 to May 20, 2013.

IT IS SO ORDERED.

DATED:   2/27/2013              _____
                                THE HONORABLE EDWARD J. DAVILA
                                United States District Court Judge

STIP & [PROP] ORDER
No. CR 11-00554 EJD