1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CABN 209013)
   HANLEY CHEW (CABN 189985)
5  Assistant United States Attorneys
        150 Almaden Boulevard, Suite 900
6       San Jose, CA 95113
        Telephone: (408) 535-5061
7       Fax:  (408) 535-5066
        E-Mail: hanley.chew@usdoj.gov
8
   Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                          SAN JOSE  DIVISION

13

14 UNITED STATES OF AMERICA,        )   No. CR 11-00554 EJD
                                    )
15        Plaintiff,                )   STIPULATION AND [PROPOSED]
                                    )   ORDER CONTINUING THE
16     v.                           )   SENTENCING FROM MAY 20, 2013 TO
                                    )   JUNE 24, 2013
17 ROBERT DEKETT,                   )
                                    )
18        Defendant.                )
                                    )
19

       The parties, including the defendant, stipulate as follows:
20
   1.    Defendant Robert Dekett ("defendant") pled guilty to Count Four of the Indictment in the
21
   above-captioned case on October 15, 2012.  Defendant's sentencing is currently scheduled for
22
   May 20, 2013.
23
   2.    The parties need additional time to investigate other matters to prepare for sentencing.
24
   The Probation Office does not object to this continuance.
25
    IT IS SO STIPULATED.
26

27 DATED: April 17, 2013                  _____/s/_____
                                          JACK GORDON
28                                        Attorney for Defendant

   STIP & [PROP] ORDER
   No. CR 11-00554 EJD

DATED: April 17, 2013                    /s/
                                          SUSAN KNIGHT
                                          HANLEY CHEW
                                          Assistant United States Attorney
                                          Attorney for Plaintiff

## [PROPOSED] ORDER

Having considered the stipulation of the parties and finding good cause, the Court hereby orders that defendant Robert Dekett's sentencing be continued from May 20, 2013 to June 24, 2013.

IT IS SO ORDERED.

DATED: 4/23/2013

                                          _____
                                          THE HONORABLE EDWARD J. DAVILA
                                          United States District Court Judge

STIP & [PROP] ORDER
No. CR 11-00554 EJD